# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHARLES W ALLEN and SUSAN G ALLEN,

    Plaintiffs,

v.      Case No. 3:22-cv-712-TJC-PDB

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

---

## **O R D E R**

Upon review of the Joint Stipulation Dismissing Case With Prejudice (Doc. 25), filed on June 20, 2023, this case is dismissed with prejudice.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record